Argued August 21, affirmed August 21, 1972

· STATE OF OREGON, *Respondent, v.* STEVEN
HOWARD BRINCEFIELD (No. 14-335), *Appellant.*

500 P2d 275

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Walter L. Barrie,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.